1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10 | ROBERTA ELMORE,

11 |                 Plaintiff,

12 |        v.

13 | WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, WASHINGTON

14 | CORRECTIONS CENTER FOR WOMEN,
STEVEN HAMMOND, KENNETH

15 | TAYLOR, JEFF PERRY, PAM SAARI, DR.
COLTER,

16

17 |                 Defendants.

CASE NO. C13-5946 RJB-JRC

ORDER GRANTING PLAINTIFF'S
MOTION FOR AN EXTENSION OF
DISCOVERY AND SETTING A
REVISED SCHEDULING ORDER

18        The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

19 Magistrate Judge J. Richard Creatura.  The Court's authority for the referral is 28 U.S.C. §

20 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

21        Plaintiff asks the Court for sixty additional days to conduct discovery (Dkt. 16).  Plaintiff

22 asserts that she has had trouble getting medical records from the Washington State Department

23 of Corrections (*id.*).

24

1   Defendants state that they do not oppose the request, as long as all other deadlines are

2   also moved back (Dkt. 17).  Since the motion is unopposed, the Court need not wait for the June

3   13, 2014, noting date.

4   The Court grants plaintiff's request.

5   (1)   Discovery

6   All discovery shall be completed by **August 8, 2014**.  Service of responses to

7   interrogatories and to requests to produce, and the taking of depositions, shall be completed by

8   this date.  Federal Rule of Civil Procedure 33(a) requires answers or objections to be served

9   within thirty (30) days after service of the interrogatories.  The serving party, therefore, must

10  serve his/her interrogatories at least thirty (30) days before the deadline in order to allow the

11  other party time to answer.

12  (2)   Dispositive Motions

13  Any dispositive motion shall be filed and served on or before **October 3, 2014**.  Pursuant

14  to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of

15  the motion itself and not in a separate document.  The motion shall include in its caption

16  (immediately below the title of the motion) a designation of the date the motion is to be noted for

17  consideration upon the Court's motion calendar.  Dispositive motions shall be noted for

18  consideration on a date no earlier than the fourth Friday following filing and service of the

19  motion.  LCR 7(d)(3).

20  All briefs and affidavits in opposition to any motion shall be filed and served pursuant to

21  the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.  The party

22  making a motion may file and serve a reply to the opposing party's briefs and affidavits.  Any

23

24

ORDER GRANTING PLAINTIFF'S MOTION FOR
AN EXTENSION OF DISCOVERY AND
SETTING A REVISED SCHEDULING ORDER - 2

1   reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal

2   Rules of Civil Procedure and LCR 7.

3           Defendants are reminded that they MUST serve *Rand* notices, in a separate document,

4   concurrently with motions to dismiss and motions for summary judgment so that *pro se* prisoner

5   plaintiffs will have fair, timely and adequate notice of what is required of them in order to

6   oppose those motions.  *Woods v. Carey*, 684 F.3d 934, 941 (9th Cir. 2012).  The Ninth Circuit

7   has set forth model language for such notices:

8           A motion for summary judgment under Rule 56 of the Federal Rules of
            Civil Procedure will, if granted, end your case.
9
            Rule 56 tells you what you must do in order to oppose a motion for
10          summary judgment.  Generally, summary judgment must be granted when
            there is no genuine issue of material fact – that is, if there is no real
11          dispute about any fact that would affect the result of your case, the party
            who asked for summary judgment is entitled to judgment as a matter of
12          law, which will end your case.  When a party you are suing makes a
            motion for summary judgment that is properly supported by declarations
13          (or other sworn testimony), you cannot simply rely on what your
            complaint says.  Instead, **you must set out specific facts in declarations,**
14          **depositions, answers to interrogatories, or authenticated documents,**
            **as provided in Rule 56(e), that contradict the facts shown in the**
15          **defendant's declarations and documents and show that there is a**
            **genuine issue of material fact for trial.  If you do not submit your own**
16          **evidence in opposition, summary judgment, if appropriate, may be**
            **entered against you.  If summary judgment is granted, your case will**
17          **be dismissed and there will be no trial.**

18
    *Rand v. Rowland*, 154 F.3d 952, 963 (9th Cir. 1998) (emphasis added.  Defendants who fail to
19
    file and serve the required *Rand* notices on the plaintiff may have their motion stricken from the
20
    Court's calendar with leave to re-file.
21
            (3)     Joint Pretrial Statement
22
            The parties are advised that a due date for filing a Joint Pretrial Statement may be
23
    established at a later date pending the outcome of any dispositive motions.
24

ORDER GRANTING PLAINTIFF'S MOTION FOR
AN EXTENSION OF DISCOVERY AND
SETTING A REVISED SCHEDULING ORDER - 3

1      (4)    <u>Proof of Service and Sanctions</u>

2      All motions, pretrial statements and other filings shall be accompanied by proof that such

3 documents have been served upon counsel for the opposing party or upon any party acting *pro*

4 *se*.  The proof of service shall show the day and manner of service and may be by written

5 acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of

6 the person who served the papers, or by any other proof satisfactory to the Court.  Failure to

7 comply with the provisions of the Order can result in dismissal/default judgment or other

8 appropriate sanctions.

9      (5)    The Clerk of Court is directed to send a copy of this Order to plaintiff and to

10 counsel for defendants.

11      Dated this 10th day of June, 2014.

12

13                  J. Richard Creatura

14                  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING PLAINTIFF'S MOTION FOR
AN EXTENSION OF DISCOVERY AND
SETTING A REVISED SCHEDULING ORDER - 4