UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERTA ELMORE,<br><br>            Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, WASHINGTON CORRECTIONS CENTER FOR WOMEN, STEVEN HAMMOND, KENNETH TAYLOR, JEFF PERRY, PAM SAARI, COLTER,<br><br>            Defendants. | CASE NO. C13-5946 RJB-JRC<br><br>ORDER |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Currently before the Court is plaintiff's motion for additional time to respond to a pending motion for summary judgment (Dkt. 24). Plaintiff states she had been ill and was seeking legal help through family members. Defendants oppose the motion as untimely and

ORDER - 1

because plaintiff provides no information regarding her alleged illness (Dkt. 25). Plaintiff filed a response to defendant's motion for summary judgment on January 21, 2015 (Dkt. 26).

Courts have broad discretion in granting or denying continuances. *U.S. v. Kloehn*, 620 F.3d 1122, 1127 (9th Cir. 2010)(addressing continuances in a criminal case). The Court grants plaintiff's motion and will consider the response filed on January 21, 2015 (Dkt. 26).

In order to give defendants time to file a reply, the Court orders the Clerk's Office to re-note defendants' motion for summary judgment (Dkt. 23), for February 20, 2015. Defendants' reply will be due on or before February 13, 2015.

Dated this 29th day of January, 2015.

J. Richard Creatura
United States Magistrate Judge