UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERTA ELMORE,

            Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS et al.,

            Defendants.

CASE NO. 3:13-CV-05946-RJB-JRC

ORDER GRANTING EXCESS PAGES AND STIPULATION

    Plaintiff seeks leave to file a response to defendants' summary judgment motion (Dkt. 56) that exceeds the 24-page limit by 16 pages. Dkt. 62. Defendants have not filed a response. *See* Dkt. Plaintiff filed a 24-page response on September 26, 2016. Dkt. 63. The parties have also entered a stipulation extending defendants' time to file a reply and re-noting defendants' motion for summary judgment (Dkt. 56) for October 14, 2016. Dkt. 67.

    Accordingly, it is ORDERED:

(1)    Plaintiff's motion (Dkt. 62) is GRANTED**.** Plaintiff may file a supplemental response on or before October 7, 2016. Pursuant to LCR 7(f), defendants shall be

1 | allowed an equal number of additional pages (16) in their reply. Defendants reply
2 | shall be filed on or before October 14, 2016.
3 | (2) The stipulation of the parties (Dkt. 67) is granted.
4 | (3) Defendants' motion for summary judgment (Dkt. 56) is re-noted for October 14,
5 | 2016.
6 | Dated this 28th day of September, 2016.

J. Richard Creatura
United States Magistrate Judge